Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1 -10,<br><br>Defendants | Case No.: 2:25-cv-00334-CDS-MDC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT CHARELSTON RESIDENTIAL SERVICES, LLC'S MOTION TO DISMISS (ECF 25)**<br>**[FIRST REQUEST]**<br><br>[ECF No. 28] |

FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN ("Foremost"), and CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA ("Charleston") by and through their undersigned attorneys, hereby file this Stipulation and [Proposed] Order to Extend the Briefing Schedule for Defendant Charleston's Motion to Dismiss (ECF No. 25).

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Defendant Charleston filed its Motion to Dismiss (ECF No. 25) on May 30, 2025.

2. Pursuant to LR 7-2(b), and the Court's docket email, a response to Charleston's Motion to Dismiss is due on June 13, 2025.

3. Counsel for the parties have communicated to discuss resolution of this matter, which would eliminate the need for further briefing on Charleston's Motion to Dismiss, but are waiting for client approval to determine how counsel may proceed to resolve this matter.

4. Pursuant to FRCP 6(b)(1), and LR 1A-61, the parties stipulate and request an extension of 14 days from June 13, 2025 to June 27, 2025 for Foremost to file a response to Charleston's Motion to Dismiss, and that, in turn, Charleston shall have an extension of 14 days after Foremost's date to file, until July 11, 2025 to file a reply in support of the Motion.

5. This is the first request for an extension of time in this matter.

IT IS SO STIPULATED

DATED this 13th day of June, 2025.

/s/ Christian L. Moore, Esq.
Christian L. Moore, Esq., SBN #3777
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV, 89521
(775) 322-1170
*Attorneys for Plaintiff*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

DATED this 13th day of June, 2025.

/s/ Lisa J. Zastrow, Esq.
Lisa J. Zastrow, Esq., SBN#9727
GARIN LAW GROUP
9900 Convington Cross Drive, Suite 210
Las Vegas, Nevada 89144
(702) 382-1500
*Attorneys for Defendant Charleston*
*Residential Services, LLC d/b/a*
*Crossroads of Southern Nevada*

**ORDER**

IT IS HEREBY ORDERED that:

    1. The time for FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN to file a response to the motion to dismiss (ECF No. 25) is extended from June 13, 2025 to June 27, 2025; and

    2. The deadline for Charleston's reply in support of its motion to dismiss is extended fourteen days from Foremost's response, until July 11, 2025.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 20, 2025