Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1 -10,<br><br>Defendants | Case No.: 2:25-cv-00334-CDS-MDC[1]<br><br>**STIPULATION OF DISMISSAL OF CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA WITH PREJUDICE** |

FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN ("Foremost"), and CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA ("Charleston") by and through their undersigned attorneys, hereby stipulate and agree that this matter may be dismissed as to Charleston only with prejudice with each party to bear its own fees and costs.

/ /

---

[1] Plaintiff is kindly advised that this matter is assigned to Magistrate Judge Maximiliano D. Couvillier (MDC).

The parties recognize that Charleston asserts no interest in the insurance contract that is the subject of the declaratory relief action filed by Foremost in this matter.

DATED this 23rd day of June, 2025.

*/s/ Christian L. Moore, Esq.*
Christian L. Moore, Esq., SBN #3777
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV, 89521
(775) 322-1170
*Attorneys for Plaintiff
Foremost Insurance Company,
Grand Rapids, Michigan*

DATED this 23rd day of June, 2025.

*/s/ Lisa J. Zastrow, Esq.*
Lisa J. Zastrow, Esq., SBN#9727
GARIN LAW GROUP
9900 Convington Cross Drive, Suite 210
Las Vegas, Nevada 89144
(702) 382-1500
*Attorneys for Defendant Charleston
Residential Services, LLC d/b/a
Crossroads of Southern Nevada*

Based on the parties' stipulation, Charleston Residential Services, LLC is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2025