Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1 -10,<br><br>Defendants | Case No.: 2:25-cv-00334-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL OF CARLENA BROWN AND GEORGE MITCHELL WITH PREJUDICE** |

FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN ("Foremost"), and CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; and GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR. ("Brown-Mitchell") by and through their undersigned attorneys, hereby stipulate and agree that this matter may be dismissed as to Brown-Mitchell only with prejudice with each party to bear their own fees and costs. The

parties recognize that Brown-Mitchell assert no interest in the insurance contract that is the subject of the declaratory relief action filed by Foremost in this matter.

DATED this 1st day of October, 2025.

/s/ Christian L. Moore, Esq.
Christian L. Moore, Esq., SBN #3777
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV, 89521
(775) 322-1170
*Attorneys for Plaintiff
Foremost Insurance Company,
Grand Rapids, Michigan*

DATED this 1st day of October, 2025.

/s/ Kendelee Works, Esq.
Kendelee Works, SBN#9611
COGBURN DAVIDSON
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
(702) 747-6000
*Attorneys for Defendants Carlena
Brown and George Mitchell*

Based on the parties' stipulation, defendants Carlena Brown and George Mitchell are dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 3, 2025