EVAN P. THALGOTT, ESQ
Nevada Bar No. 15658
**THALGOTT LAW, PLLC**
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (725) 274-4624
Email: thalgott@thalgottlaw.com
*Attorney for Defendant and Counterclaimant Matthew Dinofia*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, | Case No.: 2:25-cv-00334-CDS-MDC |
| Plaintiff, | |
| vs. | |
| MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1-10, | |
| Defendants. | |
| MATTHEW DINOFIA; | |
| Counterclaimant, | |
| v. | |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, and DOES 1-10, | |
| Counter-Defendants. | |

## ORDER GRANTING STIPULATION TO EXTEND
## DISPOSITIVE-MOTION DEADLINE

The Court, having reviewed the parties' Stipulation to Extend Dispositive-Motion Deadline, and finding that the Stipulation is supported by good cause and, to the extent the request was filed after the expiration of the original deadline, excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), orders as follows:

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is extended from November 21, 2025, to December 5, 2025.

**IT IS FURTHER ORDERED** that all other deadlines set forth in the Court's scheduling order shall remain in full force and effect, absent further order of the Court.

DATED: 12-2-25.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**THALGOTT LAW, PLLC**

*/s/ Evan P. Thalgott*
EVAN P. THALGOTT, ESQ
Nevada Bar No. 15658
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
*Attorney for Defendant and Counterclaimant Matthew Dinofia*