Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff and Counter defendant*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1 -10,<br><br>    Defendants. | Case No.: 2:25-cv-00334-CDS-MDS<br><br>**<u>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF</u>** |

The Parties, by and through their respective counsel, stipulate and agree as follows pursuant to NRAP 31(b)(2):

1. Plaintiff's reply brief is currently due December 26, 2025 as a consequence of Defendant Dinofia having previously been granted a stipulated extension of time;

2. Due to the upcoming Christmas Holiday, the parties have agreed to extend Foremost Insurance Company's response to Mr. Dinofia's Consolidated Opposition to Motion for Summary Judgement and Countermotion for Summary Judgment (**ECF 44**) to December 31, 2025.

/ /

3. This is Plaintiff's first request for an extension in this matter.

**STIPULATED AND AGREED BY:**

Dated this 22nd day of December, 2025.   Dated this 22nd day of December, 2025.

**THALGOTT LAW, PLLC**                              **LAXALT LAW GROUP, LTD.**

/s/ Evan P. Thalgott                                /s/ Christian L. Moore
Evan P. Thalgott, Esq. (SBN 15658)                  Christian L. Moore, Esq. (SBN 3777)
9205 West Russell Road, Suite 240                   9790 Gateway Drive, Suite 200
Las Vegas, Nevada 89148                             Reno, Nevada 89521
*Attorney for Defendant and*                        *Attorneys for Plaintiff*
*Counterclaimant Matthew Dinofia*                   *Foremost Insurance Company,*
                                                    *Grand Rapids, Michigan*

Based on the parties' stipulation, Foremost Insurance Company's response to Mathew Dinofia's Consolidated Opposition to Motion for Summary Judgement and Countermotion for Summary Judgment is extended to December 31, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __12-30-25_____