Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Plaintiff*
*Foremost Insurance Company,*
*Grand Rapids, Michigan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,

Plaintiff,

vs.

MATTHEW DINOFIA; RHODA TO RECOVERY, LLC d/b/a JOURNEY TO RECOVERY; MICHELLI KALTSAS; CHARLESTON RESIDENTIAL SERVICES, LLC d/b/a CROSSROADS OF SOUTHERN NEVADA; CARLENA BROWN, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR.; GEORGE MITCHELL, as Statutory Heir and as Co-Administrator to the ESTATE of GEORGE MITCHELL, JR., and DOES 1 -10,

Defendants.

**Case No.: 2:25-cv-00334-CDS-MDS**

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AMONG ALL APPEARING PARTIES**

Plaintiff / Counter Defendant FOREMOST INSURANCE COMPANY, GRAND APIDS, MICHIGAN (“Foremost”), by and through its undersigned attorney of record in this matter Christian L. Moore, Esq. of Laxalt Law Group, Ltd., and Defendant / Counterclaimant

/ /

/ /

/ /

/ /

MATTHEW DINOFIA, by and through his undersigned attorney of record Evan P. Thalgott, Esq. of Thalgott Law, hereby stipulate and agree that this matter may be dismissed with prejudice in its entirety with each party to bear its own fees and costs.

DATED this 8th day of July, 2026

*Evan P. Thalgott*_______________
Evan P. Thalgott, Esq. (SBN 15658)
THALGOTT LAW, PLLC
9205 West Russell Road, Suite 240
Las Vegas, Nevada 89148
(725) 274-4624
*Attorney for Defendant and Counterclaimant Matthew Dinofa*

DATED this 8th day of July, 2026

*/s/ Christian L. Moore*_______________
Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV, 89521
(775) 322-1170
*Attorneys for Plaintiff Foremost Insurance Company, Grand Rapids, Michigan*